IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TIMOTHY C. MCCANN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil No. 3:17-CV-454-DSC |

**ORDER**

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, has moved this Court pursuant to sentence four of 42 U.S.C. § 405(g) to enter a judgment reversing her decision and remanding the case for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision and remanding under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED**.

Signed: March 13, 2018

David S. Cayer
United States Magistrate Judge